UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

Luis Angarita-Garzon
  Petitioner, Pro Se

Judge :

-v-

Case#:

Excutive Office of The US ATTORNEY
Excutive Office of FBI
US PAROLE Com'n
Director BOP, Harley Lapin
EXCUTIVE OFFICE US MARSHALS
Known & Unknown Federal Agencies
  Respondant(s)



ORIGINAL

RECEIVED OCT 24 2011 PRO SE OFFICE

MATSUMOTO, J.

" PRO SE MOTION "

Pursuant To 28 USC § 2241(c)(3)(c)(5)
   Habeas Corpus Challenging The
   Application of EXTRADITION TREATY

" CASE SUMMARY "

1.)   Comes now Petitioner Pro Se  " Luis Angarita -Garzon " a

" COLOMBIAN NATIONAL EXTRADITED FOR ONLY CHARGES NAMED IN REQQUEST "

& [ not ]  any US PAROLE VIOLATIONS which US PAROLE VIOLATED  18 USC §4214 et seq.

Troia -v- Wiggin  " 705 F.Supp. at 1014-1015 " (SDNY1989 )  and also the  law in

Lyons -v- Mendez , 303 F3d    (3rd Cir.2002) , US Const.Art 1 § 9 cl.3-  seen in

Wilkinson -v- Dotson , 161 Led 2d.__(2005) ( EMPHASIS) which brings up to the

present case  #   S-106-cr-1027-01(LAK) which is the    " ONLY " COURT AUTHORIZED "

detention/extradition   allowed under  " UN TREATIES & 4th,6th,8th,14th USCA  "

see : US -v- Karake, 443 F.Supp.2d.   (DCDC2007),Kadic -v-Karazdic ,70 F3d 240-

242 (2nd.Cir.1995)   therefore allowing the US DISTRICT COURT to hold hearing

1

pursuant to " <u>Boumediene -v- Bush 171 Led 2d. ( 2005)</u> , also held earlier on in " <u>Hamdi -v- Rumsfeld " 159 Led 2d. 578(2004)</u> & <u>Meachum -v- Fano , 49 Led 2d. 451 (1976)</u> , 18 USC § 4001. which is all Defined in CONGRESSIONAL LAW POLICY  " <u>GOVERNING DETENTION</u> " of prisoners .....

> Note: 18 USC 4214 et seq. US parole Upon re-commital to US BUREAU OF PRISONS was obligated to have a timely hearing upon adjudication of new case ...

Therefore , pursuant to  " <u>18 USC § 4001</u> " & US SUPREME COURT's decision in  " <u>Boumediene -v- Bush " 171 Led 2d.411(2007)</u> , & <u>Hamdi -v- Rumsfeld , 159 Led2d. 578 (2004)</u> ,<u>Meachum -v- Fano 49 Led 2d. 451 (1976)</u> " COURT HAS JURISDICTION " to render aN issue the below requested  relief , under <u>18 USC § 4213,18 USC §4214</u> , " <u>EX POST FACTO CLAUSE Article 1 § 9 cl.3</u> " .....

RELIEF SOUGHT

1.) Court to issue " ORDER " in compliance with " UN TREATY " governing [ EXCTRADITION ] & adhereing to what the " <u>EXTRADITION REQUEST</u> " sought for ,   " **NOT US PAROLE VIOLATION** " **which is not an offense that is " <u>EXTRADITABLE UNDER  COLOMBIAN /US EXTRADITION TREATIES</u> "** see: <u>Kadic -v- Karazdic, 70 F3d 240-242(2nd.Cir.1995)</u> , & also law defined in  " <u>US CONST Article 1 § 9 cl.3</u> " " <u>Wilikinson -v-Dotson " 161 Led 2d.   (2005)</u> , <u>Lyons -v- Mendez 303 F3d 2 (3rd Cir.2002)</u> <u>Razzoli -v- Swinson , 225 F3d 650 (3rd Cir.2000)</u>   and illegal acts seen in  " <u>Wilson -v- Rackmill " 878 F2d. 772 (3rd Cir.1989)</u> where US PAROLE COMMITTED INTENTIONAL WRONGFULL & ILLEGAL VIOLATIONS to hinder one's bussiness(s), <u>Razzoli -v- Excutive Office US Marshals 10-cv-5962(SDNY)(PRESKA) Pending & Case#:10-cv-1842(EDNY)(AMON)</u> pending 2nd. Cir.review for CIVIL RICO ACT VIOLATIONS ... as seen

2.) Based off of the " PRESENT CASE OF EXTRADITION " for Crim.# S-1 06-cr-1027(LAK) detention for any other matters makes the " EXTRADITION REQUEST [ " NULL & VOID ] for breach of contract that is governed under " UCC LAW " seen in US -v- Ready 82 F3d 551 (2nd.Cir. 1996) which applies since the " ALLEGED " US PAROLE CASE ( OLD LAW ) " is governed under " EX POST FACTO CALUSE " and cannot be " ALTERED & or re-sentenced under new law " EMPHASIS !

Note : SUPPORT BRIEF WILL FOLLOW , Pursuant To Local Court Rule Requiring 15 Day Submission of such....

" C O N C L U S I O N "

Based on sufficient case law & " EXHIBIT(sO to be filed with the COURT ...ie: " EXTRADITION REQUEST FROM THE US STATE DEPT. thru [ prior ] review by EXCUTIVE OFFICE OF US ATTORNEY & Excutive OFFICE OF FBI ( CHIEF COUNSEL VALERIE CAPRONI) & violations of " EX POST FACTO CLAUSE " COURT ] must ] isssue a HEARING " PRIOR " to makinking a decision & allow for " COLOMBIAN LEAGAL ATTACHE " to testify ..........

Submitted under Oath 28 USC § 1746..

Date: 10/19/2011

Prepared BY:
*Kevin Razzoli*
Kevin Razzoli #39945-066
US NAVY (OLD LAW PRISONER)
MDC BROOKLYN 4-North
80 29th Street
Brooklyn, New York 11232
Illegally Confined

Submitted By:
*Luis Angarita-Garzon*
Luis Angarita-Garzon
# 05832-040
MDC BROOKLYN 4-North
80 29th Street
Brooklyn, New York 11232

3

Luis Angarita-Garzon
# 05832-040
80 29th Steet
MDC BROOKLYN 4-North
Brooklyn , New York 11232

RE: Angarita-Garzon -v- Excutive Office USA. et. al;

NEW FILENG    HABEAS PETITION   2241(c)(3)(c)(5)

---

US DISTRICT COURT
US COURTHIOUSE EASTERN DISTRICT OF NY
225 Cadman Plaza,East
Brooklyn New York 11201

Excutive Office of US ATTORNEY
US Justice Dept.
950 Pennsylvannia , NW
Washington,DC 20530-0001

" COVER LETTER "

&

CERT. of Service

---

Clerk of Courts
   Please be advised  " MOTION SEEKING HABEAS RELIEF "   under

28 USC § 2241(c)(3)(c)(5) is enclosed ........

Also , such " SUPPORT BRIEF " will be filed in  2 weeks since

exhibits need are being requested from TRIAL COUNSEL & BOP ....

under  " Sellers -v- BOP " 959 F2d 308 (Dc Cir. 1992) ........

FILING FEE WILL BE PAID FROM INMATE ACCOUNT ......

PLEASE ISSUE DOCKET NUMBER TO ASSIST WITH  CHECK BEING PROPERLY ROUTED ....

Respectfully
Luis Angarita-Garzon
Pro Se Petitioner

OCT. 19, 2011

   1.) Boumediene -v- Bush , 171 Led 2d. ___(2007)
   2.) Troia -v- Wiggin 705 Supp. 1014(SDNY1989)

